SANFORD R. COWAN et al., Appellants and Respondents, *v.* RESIDENTIAL BUILDERS OF RUSSELL GARDENS, INC., Respondent and Appellant.

Submitted April 7, 1952; decided April 18, 1952.

*Walter D. Grant* for motion.

*Myron Kommel* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order plaintiffs serve and file the required undertaking on appeal and pay $10 costs, in which events motion denied. Motion for an order directing plaintiffs to pay half the costs of printing the record on appeal denied.